**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

February 28, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Fagnani v. RC Visions LLC,*
Case No.: 1:22-cv-10924

Dear Judge Liman,

The undersigned represents Mykayla Fagnani on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, RC Visions LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 8, 2023, at 3:00 PM (Dkt. 7) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. Additionally, the undersigned respectfully requests Your Honor grant the Defendant an additional 30 days to respond to the Complaint until March 30, 2023, so that the Defendant has ample opportunity to appear and defend themselves in this Action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

ORDER:  The request that the Initial Conference scheduled for March 8, 2023 be adjourned is GRANTED.  The Initial Conference shall take place on May 10, 2023 at 2:00pm.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  The request that the Defendant have an additional 30 days to respond to the Complaint is also GRANTED.  Defendant shall respond to the Complaint by March 30, 2023.

Date: 2/28/2023

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge